AO 91 (Rev. 8/01)   Criminal Complaint

United States District Court
Southern District Of Texas
FILED

MAY - 9 2019

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Denis Mauricio Bonilla

**CRIMINAL COMPLAINT**

Case Number:   M-19-1050-M

IAE   YOB:   1996
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____May 7, 2019____ in ____Hidalgo____ County, in the ____Southern____ District of ____Texas____

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ____8____ United States Code, Section(s) ____1326____ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Denis Mauricio Bonilla was encountered by Border Patrol Agents near Abram, Texas on May 7, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 7, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 16, 2018 through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Approved by Amy L. Greenbaum 5/9/19

Sworn to before me and subscribed in my presence,

May 9, 2019   8:45 am

Signature of Complainant

Nicolas Burgos   Senior Patrol Agent

Peter E. Ormsby   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer